CHARLES S. SCHOLEN, as Limited Administrator C. T. A. of the Estate of FREDERICK B. AEBLY, Deceased, Respondent, *v.* GUARANTY TRUST COMPANY OF NEW YORK, Appellant.

Submitted February 21, 1944; decided March 2, 1944.

Motion by respondent for reargument denied, with ten dollars costs and necessary printing disbursements. (See 292 N. Y. 1.)